IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CAROL CRUMPLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-160 |
| | ) | |
| VERIZON WIRELESS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On May 20, 2016, the Court held a telephone conference with the parties in this employment discrimination case to address the request to re-open discovery and extend the deadline for filing summary judgment motions, as well as the request to conduct Plaintiff's second deposition by telephone. (Doc. nos. 19, 21.) During this conference, counsel agreed to investigate alternatives to taking Plaintiff's deposition in Augusta, Georgia, and the parties have confirmed an agreement for Plaintiff to pay the $350 cost for a videoconference deposition to be conducted in Austin, Texas.

During the May 20th conference, the parties also agreed to, and the Court approves, the following modification of case deadlines:

| | |
|---|---|
| Deadline to Produce Plaintiff's Text Messages with Dates and Times Sent | May 31, 2016 |
| Deadline for Plaintiff to Make Herself Available for Second Deposition | June 15, 2016 |
| Deadline for Filing Summary Judgment Motions | July 15, 2016 |

In light of these agreements, the Court **DIRECTS** the **CLERK** to **TERMINATE** the two pending discovery motions. (Doc. nos. 19, 21.)

SO ORDERED this 25th day of May, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA